**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Summerbrook Dental Group, PLLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1522031** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14991 E. Hampden Avenue #370** <br> **Aurora, CO 80014** <br> Number, Street, City, State & ZIP Code | **6795 S. Robertsdale Way** <br> **Aurora, CO 80016** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Summerbrook Dental Group, PLLC**                                     Case number (*if known*) _____
              Name

**7.   Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Summerbrook Dental Group, PLLC**                                Case number (*if known*) _____
            <u>Name</u>

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Summerbrook Dental Group, PLLC**                    Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 21, 2020**
            MM / DD / YYYY

**X** **/s/ James Craig**                              **James Craig**
    Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Brinen**                     Date **February 21, 2020**
    Signature of attorney for debtor                    MM / DD / YYYY

**Jeffrey S. Brinen 20565**
Printed name

**Kutner Brinen, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**          Email address   **jsb@kutnerlaw.com**

**20565 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2020**          X **/s/ James Craig**
                                                                  Signature of individual signing on behalf of debtor

                                                                  **James Craig**
                                                                  Printed name

                                                                  **President**
                                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $ 857,002.47

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $ 857,002.47

| Part 2: | **Summary of Liabilities** |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ 1,775,948.72

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ 542,708.03

4.  **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b

   $ 2,318,656.75

**Fill in this information to identify the case:**

Debtor name   **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | 3389 | $40,108.51 |
| 3.2. | **Chase Bank** | **Checking** | | $28,375.92 |
| 3.3. | **Wells Fargo** | **Savings** | | $1,000.04 |

4.   **Other cash equivalents** *(Identify all)*

| | | Current value of debtor's interest |
|---|---|---|
| 4.1. | **Troptions.gold cryptocurrency - 130.00000000 units; as of date of filing valued at $449.33/unit**<br>**Xtroptions.gold cryptocurrency - 129,534.80042143 units; as of date of filing valued at $6.87/each** | **Unknown** |

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $69,484.47 |
|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.

Debtor **Summerbrook Dental Group, PLLC**          Case number *(If known)* _____
         <u>Name</u>

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Security Deposit for Premises ($6000)** _____          $6,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                    | $6,000.00 |
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **133,518.00**   -   **0.00**  = ....        $133,518.00
                               <u>face amount</u>      <u>doubtful or uncollectible accounts</u>

12. **Total of Part 3.**                                                   | $133,518.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory of Dental Supplies** | | $0.00 | | $4,000.00 |

Debtor    **Summerbrook Dental Group, PLLC**                                     Case number *(If known)* _____
Name

**Disposables, including
gauze, cotton swabs,
cotton rolls, suction
tips, floss, anesthetic,
needles, nitrous
nosepieces, disposable
hoses and tubing
Toothbrushes
Composite filling
material
Gloves and masks
Kleenex, paper towels,
hand sanitizer, soap,
toilet paper, mouthwash
Office Supplies
Drill bits and polishing
supplies
Glaze and stains for the
creation of crowns
Bleaching tray and
retainer plastic
Model stone
Laboratory supplies
Blanks used to make
crowns.
Implant inventory -
posts, screws,
attachments, etc.**                                      **Unknown**                          **$4,000.00**

---

23.    **Total of Part 5.**                                                              | **$8,000.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                          page 3

Debtor   **Summerbrook Dental Group, PLLC**                    Case number *(If known)* _____
_____
   Name

| 39. | **Office furniture** **Computer ($3,000.00), TV's ($1,000.00) Desk/Chairs/Bookshelves ($2,000)** | $0.00 | | $6,000.00 |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **X-Guide** | $0.00 | | $30,000.00 |
| | **See attached** | $827,809.00 | Liquidation | $400,000.00 |
| | **CT/Pano Machine VA Tech Pax-Duo 3d** **Solea Dental Laser** | $0.00 | | $204,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                    | $640,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Summerbrook Dental Group, PLLC**                    Case number *(if known)* _____
          Name

61. **Internet domain names and websites**
    Summerbrookdental.com                                 $0.00                            Unknown

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**
    Customer List                                         $0.00                            Unknown

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                      | $0.00 |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                Current value of
                                                                                debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Pre-payments from Patients**                                              Unknown

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Summerbrook Dental Group, PLLC**              Case number *(If known)*
       Name

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

|  |
|---|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Summerbrook Dental Group, PLLC** | Case number *(If known)* | |
|--------|-----------------------------------|---------------------------|--|
| | Name | | |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $69,484.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,518.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $640,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $857,002.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $857,002.47 |

**Fill in this information to identify the case:**

Debtor name __**Summerbrook Dental Group, PLLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Byline Financial**<br>Creditor's Name<br><br>**180 North LaSalle Street**<br>**Chicago, IL 60601**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**X-Guide**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,226.51** | **$30,000.00** |
| **2.2  CT Corporation System**<br>Creditor's Name<br>**330 N. Brand Blvd., STE 700**<br>**Glendale, CA 91203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Notice Purposes Only**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **Unknown** | **$0.00** |

Debtor   **Summerbrook Dental Group, PLLC**                          Case number (if known) _____
          Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Independent Bank** | | |
|---|---|---|---|

Creditor's Name

**303 E. Moutain Avenue**
**Fort Collins, CO 80524**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

Describe debtor's property that is subject to a lien

**Substantially All Assets of the Debtor,
including accounts, accounts receivables,
equipment, inventory, and general
intangibles.**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$1,744,722.21        $0.00

---

| 2.4 | **LG Funding, LLC** | | |
|---|---|---|---|

Creditor's Name

**1218  Union Street**
**New York, NY 11225**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

Describe debtor's property that is subject to a lien

**Accounts and Accounts Receivables; Lien is
Disputed**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Unknown        Unknown

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $1,775,948.7
                                                                                                                        2

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                        page 2 of 3

Debtor   **Summerbrook Dental Group, PLLC**
_____
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BFG Corporation**<br>**721 N. McKinley Road**<br>**Lake Forest, IL 60045** | Line __2.1__ | |
| **CHTD Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line __2.4__ | |
| **Independent Bank**<br>**c/o John F. Young**<br>**1775 Sherman St., Suite 1950**<br>**Denver, CO 80203** | Line __2.3__ | |
| **LG Funding**<br>**1400 Broadway**<br>**New York, NY 10018** | Line __2.4__ | |

---

**Fill in this information to identify the case:**

Debtor name __**Summerbrook Dental Group, PLLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

　　☐ No. Go to Part 2.

　　■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
　　with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Colorado Department of Revenue** <br> **1375 Sherman Street, Room 511** <br> **Denver, CO 80261** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
　　out and attach the Additional Page of Part 2.

Amount of claim

---

Debtor  **Summerbrook Dental Group, PLLC**                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,154.00 |

**3.1** Nonpriority creditor's name and mailing address

**Align Technology, Inc.**
**2560 Orchard Parkway**
**San Jose, CA 95131**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,154.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

As of the petition filing date, the claim is: *Check all that apply.*  **$138,074.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Behalf**
**401 Warren Street**
**Redwood City, CA 94063**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**BFB, Inc.**
**6795 S. Robertsdale Way**
**Aurora, CO 80016**

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Management Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**BHG Credit Card**
**10234 West State Road 84**
**Davie, FL 33324**

As of the petition filing date, the claim is: *Check all that apply.*  **$18,537.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Blue Vine**
**401 Warren Street**
**Redwood City, CA 94063**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Choice Health Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

As of the petition filing date, the claim is: *Check all that apply.*  **$205,021.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Summerbrook Dental Group, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Dentascope**
9579 Brentwood Way, Unit B
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Funding Circle**
707 17th Street, Suite 2200
Denver, CO 80202

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Headway Capital**
401 Warren Street
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,420.00 |
|---|---|---|---|

**Kabbage**
925 B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**National Funding (NFAS, LLC)**
9820 Towne Centre Drive
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**On Deck Capital**
1400 Broadway, 25th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BHG - Financial Headquarters**<br>201 Solar Street<br>Syracuse, NY 13204 | Line  **3.5**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Summerbrook Dental Group, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **CT Corporation System**<br>**330 N. Brand Blvd., Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **FC Marketplace**<br>**747 Front St., Floor 4**<br>**San Francisco, CA 94111** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **First Corporate Solutions**<br>**914 S. Street**<br>**Sacramento, CA 95811** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Funding Circle**<br>**85 2nd Street, Suite 400**<br>**San Francisco, CA 94105** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Gilbert Rosenthal, Esq.**<br>**Kutak Rock, LLP**<br>**370 17th Street**<br>**Suite 5350**<br>**Denver, CO 80202** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Headway Capital**<br>**175 W. Jackson Blvd., STE 1000**<br>**Chicago, IL 60604** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Summerbrook Dental Group, PLLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| | | 542,708.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 542,708.03 |

**Fill in this information to identify the case:**

Debtor name       **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Server Lease** | |
|---|---|---|---|
| | State the term remaining | **4 Years 4 Months** | **Great America Financial Services**<br>**625 1st Street SE #800**<br>**Cedar Rapids, IA 52401** |
| | List the contract number of any government contract | _____ | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Rent** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | **Next Milennium Property Company**<br>**7500 Arapahoe Road #333**<br>**Centennial, CO 80112** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James T. Craig** | **6795 South Robertsdale Way Aurora, CO 80016** | **Independent Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **James T. Craig** | **6795 South Robertsdale Way Aurora, CO 80016** | **Colorado Department of Revenue** | ☐ D _____ <br> ■ E/F __2.1__ <br> ☐ G _____ |
| 2.3 | **James T. Craig** | **6795 South Robertsdale Way Aurora, CO 80016** | **Internal Revenue Service** | ☐ D _____ <br> ■ E/F __2.2__ <br> ☐ G _____ |
| 2.4 | **James T. Craig** | **6795 South Robertsdale Way Aurora, CO 80016** | **Align Technology, Inc.** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.5 | **James T. Craig** | **6795 South Robertsdale Way Aurora, CO 80016** | **American Express** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |

Debtor   **Summerbrook Dental Group, PLLC**                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| 2.6 | James T. Craig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | BHG Credit Card | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.7 | James T. Craig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | Byline Financial | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | James T. Craig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | Choice Health<br>Finance | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |
| 2.9 | James T. Craig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | Funding Circle | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |
| 2.10 | James T. Craig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | Kabbage | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.11 | James T. Crarig | 6795 South Robertsdale Way<br>Aurora, CO 80016 | Behalf | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Summerbrook Dental Group, PLLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | $291,590.00 |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | $1,950,537.00 |
   | **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | $1,588,333.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
   |---|---|---|---|

Debtor   **Summerbrook Dental Group, PLLC**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | **November 2019 - $23,721.80**<br>**December 2019 - $13,050.30** | $36,772.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Repayment of Charges for Practice Expenses** |
| **3.2.** **Blue Vine**<br>401 Warren Street<br>Redwood City, CA 94063 | **November 2019 - $12,865.93**<br>**Paid in full in Cryptocurrency** | $137,685.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **Funding Circle**<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | **October 2019- $937.55**<br>**November 2019 - $955.52**<br>**December 2019 - 2818.48** | $4,711.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.4.** **Headway Capital**<br>401 Warren Street<br>Redwood City, CA 94063 | **October 2019 - $3283.98**<br>**Paid in Full in Cryptocurrency - $50,000.00** | $53,283.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **Independent Bank**<br>303 E. Moutain Avenue<br>Fort Collins, CO 80524 | **December 5, 2019** | $19,635.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payment** |
| **3.6.** **Kabbage**<br>925 B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA 30309 | **October 2019 - $12753.00**<br>**December 2019 -6903.00** | $19,656.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.7.** **LG Funding**<br>1400 Broadway<br>New York, NY 10018 | **October 2019 - $13600.00**<br>**November 2019 - $13600.00**<br>**Paid Crypt - $70750** | $97,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Summerbrook Dental Group, PLLC**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **National Funding (NFAS, LLC)**<br>**9820 Towne Centre Drive**<br>**San Diego, CA 92121** | **October 2019-$5920 November 2019 - $7770 December 2019 -$11637.84 Crypto - 40672.16** | **$66,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | **On Deck Capital**<br>**1400 Broadway**<br>**New York, NY 10018** | **October 2019 - $10692.30 November 2019 - $14256.40 Paid Crypto $170051.00** | **$194,999.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Click-Thru Consulting** | **November 2019 December 2019 February 2020 $8,000/payment** | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | **Sleep Group Solutions** | **February 2020** | **$16,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment Purchase** |
| 3.12. | **Complete Technology Solutions** | **February 2020** | **$22,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Computer Equiment Purchase** |
| 3.13. | **Nobel Biocare** | | **$34,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Dentascope**<br>**9579 Brentwood Way, Unit B**<br>**Broomfield, CO 80021** | **February 2020** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Purchase of Microscope** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Summerbrook Dental Group, PLLC**          Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **BFB, Inc.**<br>**6795 S. Robertsdale Way**<br>**Aurora, CO 80016**<br>**Management Company** | **2019** | **$2,550.00** | **Reimbursement of Expenses** |
| 4.2. **James T. Craig**<br>**6795 South Robertsdale Way**<br>**Aurora, CO 80016**<br>**President, Owner** | **2019** | **$0.00** | **Payments to Third Party Insurance Companies for:**<br>**Disability Insurance: $7,414.38**<br>**Health Insurance: $22,657.20**<br>**Life Insurance: $87,519.20** |
| 4.3. **BFB, Inc.**<br>**6795 S. Robertsdale Way**<br>**Aurora, CO 80016**<br>**Management Company** | **December 9** | **$100,000.00** | **Repayment of Management Fees; Funds returned to Summerbrook in Feb. 2020** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **LG Funding v. Summerbrook Dental Group**<br>**0616918/2019** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Summerbrook Dental Group, PLLC**                                    Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen, P.C.<br>1660 Lincoln Street<br>Suite 1850<br>Denver, CO 80264 | | December 7, 2019 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Summerbrook Dental Group, PLLC**                          Case number *(if known)*

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **14991 E. Hampden Avenue #370<br>Aurora, CO 80014** | **2007 to 2020** |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   **Summerbrook Dental Group, PLLC<br>14991 E. Hampden Avenue #370<br>Aurora, CO 80014** | **Dental  Practice** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Summerbrook Dental** | How are records kept?<br><br>*Check all that apply:*<br><br>■ Electronically<br><br>■ Paper |

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Health Information, SSN, Insurance Cards and Credit Card;
Collection of information is HIPAA Compliant**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

Debtor   **Summerbrook Dental Group, PLLC**                     Case number *(if known)*

---

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **401(K)** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Wells Fargo Bank**<br>**15301 E. Hampden Avenue**<br>**Aurora, CO 80014** | **James Craig** | **None** | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium);

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Summerbrook Dental Group, PLLC | Case number *(if known)* |
|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Red Rocks CPAs**<br>**14139 Lexington Drive**<br>**Parker, CO 80134** | **January 1, 2019 to present** |
| 26a.2. | **Keith Clark**<br>**3190 S. Vaughn Way #550**<br>**Aurora, CO 80014** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Summerbrook Dental Group, PLLC** | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Red Rocks CPAs**<br>**14139 Lexington Drive**<br>**Parker, CO 80134** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Craig | 6795 S. Robertsdale Way<br>Aurora, CO 80016 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. | **James T. Craig**<br>**6795 South Robertsdale Way**<br>**Aurora, CO 80016** | $145,000 | **December 2019** | **Shareholder Loan; Repaid February 2020** |
| | **Relationship to debtor**<br>**President, Owner** | | | |

Debtor   **Summerbrook Dental Group, PLLC**          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **James Craig**<br>**6795 S. Robertsdale Way**<br>**Aurora, CO 80016** | **$10,000** | **2019** | **Officer wages** |
| | **Relationship to debtor**<br>**President, Owner** | | | |
| 30.3. | **James Craig**<br>**6795 S. Robertsdale Way**<br>**Aurora, CO 80016** | **$425,685** | **Periodically through 2019** | **Distributions** |
| | **Relationship to debtor**<br>**President; Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 21, 2020**

**/s/ James Craig**                                         **James Craig**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re  **Summerbrook Dental Group, PLLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Craig**<br>**6795 S. Robertsdale Way**<br>**Aurora, CO 80016** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 21, 2020**

Signature  **/s/ James Craig**

**James Craig**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re   **Summerbrook Dental Group, PLLC**                        Case No. _____
                                     Debtor(s)                     Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 21, 2020** _____            **/s/ James Craig** _____
                                                        **James Craig**/**President**
                                                        Signer/Title

Align Technology, Inc.
2560 Orchard Parkway
San Jose, CA 95131


American Express
P.O. Box 650448
Dallas, TX 75265


Behalf
401 Warren Street
Redwood City, CA 94063


BFB, Inc.
6795 S. Robertsdale Way
Aurora, CO 80016


BFG Corporation
721 N. McKinley Road
Lake Forest, IL 60045


BHG - Financial Headquarters
201 Solar Street
Syracuse, NY 13204


BHG Credit Card
10234 West State Road 84
Davie, FL 33324


Blue Vine
401 Warren Street
Redwood City, CA 94063


Byline Financial
180 North LaSalle Street
Chicago, IL 60601

Choice Health Finance
1310 Madrid Street
Marshall, MN 56258


CHTD Company
P.O. Box 2576
Springfield, IL 62708


Colorado Department of Revenue
1375 Sherman Street, Room 511
Denver, CO 80261


CT Corporation System
330 N. Brand Blvd., STE 700
Glendale, CA 91203


CT Corporation System
330 N. Brand Blvd., Suite 700
Attn  SPRS
Glendale, CA 91203


Dentascope
9579 Brentwood Way, Unit B
Broomfield, CO 80021


FC Marketplace
747 Front St., Floor 4
San Francisco, CA 94111


First Corporate Solutions
914 S. Street
Sacramento, CA 95811


Funding Circle
707 17th Street, Suite 2200
Denver, CO 80202

Funding Circle
85 2nd Street, Suite 400
San Francisco, CA 94105


Gilbert Rosenthal, Esq.
Kutak Rock, LLP
370 17th Street
Suite 5350
Denver, CO 80202


Headway Capital
401 Warren Street
Redwood City, CA 94063


Headway Capital
175 W. Jackson Blvd., STE 1000
Chicago, IL 60604


Independent Bank
303 E. Moutain Avenue
Fort Collins, CO 80524


Independent Bank
c/o John F. Young
1775 Sherman St., Suite 1950
Denver, CO 80203


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

```
James T. Craig
6795 South Robertsdale Way
Aurora, CO 80016


James T. Crarig
6795 South Robertsdale Way
Aurora, CO 80016


Kabbage
925 B Peachtree Street NE
Suite 1688
Atlanta, GA 30309


LG Funding
1400 Broadway
New York, NY 10018


LG Funding, LLC
1218  Union Street
New York, NY 11225


National Funding  NFAS, LLC
9820 Towne Centre Drive
San Diego, CA 92121


Office of the Attorney General
State of Colorado
1300 Broadway
Denver, CO 80203


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001
```

Office of the US Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202-2628


On Deck Capital
1400 Broadway, 25th Floor
New York, NY 10018


State of Colorado
Division of Securities
1560 Broadway, Suite 900
Denver, CO 80202-5150

# United States Bankruptcy Court
## District of Colorado

In re   **Summerbrook Dental Group, PLLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Summerbrook Dental Group, PLLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 21, 2020**

Date

**/s/ Jeffrey S. Brinen**

**Jeffrey S. Brinen 20565**

Signature of Attorney or Litigant

Counsel for   **Summerbrook Dental Group, PLLC**

**Kutner Brinen, P.C.**
**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
**303-832-2400 Fax:303-832-1510**
**jsb@kutnerlaw.com**