| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Summerbrook Dental Group, PLLC<br>First Name    Middle Name    Last Name | Case #: | 20-11168-JGR |
| Debtor 2: <br>First Name    Middle Name    Last Name | Chapter: | 11, Subchapter V |

## Local Bankruptcy Form 3022-1.2
### Chapter 11 Final Report and Motion for Final Decree (Chapter 11, Subchapter V Non-Individual Debtor)

### Part 1   Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor or successor has assumed the business or the management of the property dealt with by the plan as applicable;
5. That 11 U.S.C. § 522(q)(1) is not applicable to debtor and there are no pending proceedings in which the debtor may be found guilty of a felony as described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).
6. That all motions, contested matters, and adversary proceedings have been finally resolved.
7. If applicable, a statement of completion of a course concerning personal financial management is attached.
8. Other relief as appropriate under the debtor's plan: **entry of an Order of Discharge**.

WHEREFORE the Debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated:  March 1, 2023

By: /s/Jeffrey S. Brinen
      Signature

Bar Number:        20565
Mailing Address:   Kutner Brinen Dickey Riley, P.C.
                   1660 Lincoln Street, Ste. 1720
                   Denver, CO 80264
Telephone number:  (303) 832-2400
E-mail address:    jsb@kutnerlaw.com

| **Fill in this information to identify your case** | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Summerbrook Dental Group, PLLC <br> First Name   Middle Name   Last Name | Case #: | 20-11168-JGR |
| Debtor 2: <br> First Name   Middle Name   Last Name | Chapter: | 11, Subchapter V |

**SCHEDULE A/B**

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| Set aside funds for payment to unsecured creditors in accordance with plan | $7,811.83 | Sums will be dispersed in accordance with the plan on April 1 |
| | | |
| | | |

The following property of the debtor has been transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| n/a | | | |

| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Summerbrook Dental Group, PLLC<br>First Name   Middle Name   Last Name | Case #: | 20-11168-JGR |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: | 11, Subchapter V |

**SCHEDULE C**

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

| | | |
|---|---|---|
| 1. | Trustee's commissions and expenses | |
| 2. | Accountant's fees | 17,100 |
| 3. | Auctioneer's fees | 0 |
| 4. | Appraiser's fees | 0 |
| 5. | Attorney's fees | |
| | a.  for creditors' committee | 0 |
| | b.  for trustee | 0 |
| | c.  for debtor | 19,758.72 |
| | d.  other attorney's fees | 0 |
| 6. | Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) | 0 |
| 7. | Other non-operating costs of administration (Subchapter V Trustee fees) | 7,500 |
| **8.** | **Total administrative payments/fees and taxes** | **44,358.72** |

**Other Priority Payments:**

| | | |
|---|---|---|
| 1. | Post involuntary petition/pre-relief claims | 0 |
| 2. | Wages, etc. | 0 |
| 3. | Contributions to employee benefit plans | 0 |
| 4. | Deposits for undelivered service or property | 0 |
| 5. | Taxes (11 U.S.C. § 507(a)(6)) | 0 |
| **6.** | **Total other priority payments:** | **0** |

**Other Payments Completed Under the Plan:**

| | | |
|---|---|---|
| 1. | Payments to secured creditors | 174090.20 |
| 2. | Payments to unsecured creditors | 111600 |
| 3. | Payments to equity holders | 0 |
| 4. | Other distributions | 0 |
| 5. | **Total other payments completed under the plan** | **285,690.20** |

## CERTIFICATE OF SERVICE

I certify that on March 1, 2023, I served a complete copy of the foregoing **CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE (CHAPTER 11, SUBCHAPTER V NON-INDIVIDUAL DEBTOR** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Joli A. Lofstedt, Esq., Trustee
P.O. Box 270561
Louisville, CO 80027

John F. Young, Esq.
William G. Cross, Esq.
Markus Williams Young & Hunsicker, LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Christopher Cramer
Claims Administrator
FC Marketplace, LLC
c/o Becket & Lee, LLP
P.O. Box 3002
Malvern, PA 19355-0702

Kelsey Jamie Buechler, Esq.
Buechler Law Office LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Douglas W. Brown, Esq.
Brown Dunning Walker Fein, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**