**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br> **SUMMERBROOK DENTAL GROUP, PLLC** <br> Debtor. | Bankruptcy Case No. **20-11168-JGR** <br> Chapter 11, Subchapter V |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED   April 3, 2023

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge